## EZRA BERTRAM vs. MOSES A. McNAUGHTON.

The only requirement as to the filing of papers and the service of copies in case of a special motion is in rule 28, and does not include the "writing" referred to in rule 33.

Rules of practice should be strictly enforced, though liberally construed for the furtherance of Justice.

*Jackson Circuit, January,* 1870.

The defendant by his attorney, within two days after verdict entered in the Special Motion Book, in due form, a motion for a new trial, as required by rule 29; and on the same day filed an affidavit on which the same was in part founded, and served a copy thereof on the plaintiff's attorney as required by rule 28.

When the motion was called up for argument, Conely, in behalf of the plaintiff, objected to hearing it, that no motion with the names of the parties and their respective attorneys endorsed thereon, as provided by rule 33, had been filed with the clerk within two days after the rendition of the verdict, claiming that the motion could not be considered as *made* until such paper should be filed; and that therefore the motion was not made within two days.

*J. D. Conely* for Plaintiff.

*W. K. Gibson,* for Defendant.

*By the Court,* HIGBY, J.—A special motion is *made* by entering the same, properly entitled, dated and signed, in the *Special Motion Book,* distinctly stating therein, all the grounds on which the same is founded, and at the same time filing the affidavits and other papers, if any, on which it may be founded, and on the same day serving copies of such affidavits, or other papers on the attorney of the opposite party —*Rules* 28 *and* 29.

The word "made" in the second line of rule 31, has the same meaning as the word "entered," in the last line of said rule, and in rules 28 and 29.

The only requirement as to the filing of papers and service of copies in case of a special motion, is in rule 28, and does not include the *writing* referred to in rule 33.

Rules of practice, although at all times to be respected and enforced, should receive a liberal construction for the furtherance of Justice, and as the writing referred to in Rule 33, is not *in terms*, required to be filed within any specified time, and can be of no service as a means of information to the opposite party or his attorney, it may be filed when the motion is called up for argument.

Objection overruled.